# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MEJIA, | ) Case No. 1:19-cv-00509-BAM (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DISCHARGING WRIT OF HABEAS |
| D. KELLOGG, | ) CORPUS AD TESTIFICANDUM AS TO INMATE |
| Defendant. | ) JEREMY MEJIA, CDCR # K-15735 |
| | ) |

A settlement conference in this matter commenced on February 21, 2020. Inmate Jeremy Mejia, CDCR # K-15735, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __February 21, 2020__

_____

UNITED STATES MAGISTRATE JUDGE