# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY MEJIA,<br><br>        Plaintiff,<br><br>    v.<br><br>D. KELLOGG,<br><br>        Defendant. | Case No. 1:19-cv-00509-BAM (PC)<br><br>ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 23) |

On February 24, 2020, Plaintiff Jeremy Mejia and Defendant D. Kellogg filed a stipulation to dismiss this entire action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 23.) The stipulation further states that each party shall bear its own costs and fees.

Rule 41(a)(1)(A)(ii) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." In this case, since Plaintiff and Defendant's counsel signed and dated the stipulation of dismissal, the filing of the stipulation "automatically terminate[d] the action[.]" Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citations omitted).

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **February 25, 2020**             /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE